IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOSHUA MELLIN,

    Plaintiff,

v.

CAROL FOX & ASSOCIATES

    Defendant.

Case No.: 19-cv-6799

Judge ----------

Magistrate Judge ----------

TRIAL BY JURY DEMANDED

## COMPLAINT

Plaintiff Joshua Mellin ("Mellin" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Carol Fox & Associates, Inc. ("Carol Fox & Associates" or "Defendant") hereby alleges as follows:

### NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act and for the removal and/or alteration of copyright management information under Section 1202(b) of the Digital Millennium Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of copyrighted photographs of Art on theMART, owned and registered by Joshua Mellin, a Chicago-based professional photographer. Accordingly, Mellin seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

### JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant with its principal place of business in Illinois, in this judicial district.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because Defendant resides in this judicial district, and a substantial part of the events giving rise to this claim occurred in this Chicago, Illinois.

## PARTIES

5. Mellin is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 2253-1 N. Wayne, Chicago IL 60614. Mellin won "Best Photographer" by public vote in Chicago Reader Newspaper in 2016, and Time Out Chicago lists Mellin as one of the 17 best Chicago Instagram accounts. Specifically, Time Out noted that "Mellin has a knack for catching the perfect shot at the perfect moment."

6. Upon information and belief, Carol Fox & Associates is an Illinois corporation duly organized and existing under the laws of Illinois, with its principal place of business at 1412 West Belmont Avenue, Chicago, Illinois, 60657. Upon Information and belief, Carol Fox & Associates has a registered agent located at Corporation Agents, Inc., 611 S Milwaukee Ave, Libertyville, Illinois 60048.

## STATEMENT OF FACTS

**A. Background and Plaintiff's Ownership of the Photographs**

7. Mellin photographed Art on theMART (the "Photographs"). A true and correct copy of the Photographs is attached hereto as **Exhibit A**.

8. Mellin is the author of the Photographs and has at all times been the sole owner of all right, title and interest in and to the Photographs, including the copyright thereto.

9. The Photographs were registered with the United States Copyright Office and were given registration number VA 2126-632, effective October 18, 2018 entitled Art on theMART Photos. See **Exhibit B**.

**B. Defendant's Infringing Activities**

10. On or around October 3, 2018, Defendant sent Mellin an email asking for permission to use the Photographs. Mellin responded the email that Defendant had permission to use the Photographs only on twitter if tagged with credit @joshuamellin and on Instagram if tagged both in the image and mentioned with credit in the caption @joshuamellin. Any use other than described was expressly prohibited by Mellin. On the same date, Lauren Davis, the Events Manager of Defendant, acknowledged the restrictions imposed by Mellin.

11. Nevertheless, on or around October 11, 2018, Defendant shared Mellin's Photographs on at least one of the social media websites prohibited by Mellin, against the express restrictions imposed by Mellin and acknowledged by the parties. The unauthorized use of Plaintiff's work was through this URL: https://www.facebook.com/artonthemart/posts/273291056521823?__xts__%5b0%5d=68.ARC6ADJ_gTbDg1d5GZhZ0NBz6nxisOxCCk1HHUBmBgkUA-DvMSppg2u2CIEsnwA7CYz72aFSsVJR0H6gw8FiK0C-PgqseCULYqiB_uAZimWzf3KK0nprcsljq_7beWakoTWMSoKl5cSTJ2C6pb2-wKGF3j7C7FKq9YePLzcI5dXTpbwqLvY3&__tn__=-R. (the "Post"). The Post prominently featured a portion of the Photographs and allowed Facebook users to download the Photographs. A true and correct copy of the Post is attached hereto as **Exhibit C**.

12. Defendant did not have Mellin's permission or consent to publish the Photograph on Facebook.

## CLAIM FOR RELIEF
### (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT
### (17 U.S.C. §§ 106, 501))

13. Plaintiff incorporates by reference each and every allegation contained in the above paragraphs.

14. Defendant infringed Plaintiff Mellin's copyright in the Photograph by reproducing and publicly displaying the Photograph on Facebook. Defendant was never authorized to reproduce, publicly display, distribute and/or use the Photograph on Facebook.

15. The acts of Defendant complained of herein constitute infringement of Plaintiff Mellin's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16. Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff Mellin's rights.

17. As a direct and proximate cause of the infringement by the Defendant of Plaintiff Mellin's copyright and exclusive rights under copyright, Plaintiff Mellin is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

18. Alternatively, Plaintiff Mellin is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photographs, pursuant to 17 U.S.C. §504(c).

19. Plaintiff Mellin further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. §505.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Carol Fox & Associates be adjudged to have infringed upon Plaintiff Mellin's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff Mellin be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504; The Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

3. That Plaintiff Mellin be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

4. That Plaintiff Mellin be awarded pre-judgment interest; and

5. Such other and further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Chicago, Illinois
October 15, 2019

JIANG IP LLC

*/s/ Yanling Jiang*
Yanling Jiang (Bar No. 6309336)
Yi Bu (Bar No. 6328713)
Jiang IP LLC.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6297
E-mail: Yanling@jiangip.com
***Attorneys for Plaintiff***