# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JOSHUA MELLIN, | ) | |
| | ) | |
| Plaintiff, | ) | No.  19-cv-06799 |
| | ) | |
| v. | ) | Honorable Matthew F. Kennelly |
| | ) | |
| CAROL FOX & ASSOCIATES, INC., | ) | Magistrate Jeffrey T. Gilbert |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR SETTLEMENT CONFERENCE AND TO STAY DISCOVERY**

The parties, by and through their respective undersigned counsel, jointly move the Court for an order authorizing the convening of a settlement conference by Magistrate Judge Gilbert, and staying discovery, stating as follows:

1. At the Scheduling Conference, the Court and counsel discussed the possibility of a settlement conference with Magistrate Judge Gilbert, and it was agreed that, should the parties conclude that such a conference would be productive, they would file a joint motion requesting that such a conference be convened.

2. Counsel have exchanged settlement parameters and determined that there is possibility of settlement with the intervention of the Magistrate Judge, and that the convening of a settlement conference would be necessary and appropriate to facilitate settlement.

3. The parties are finalizing discovery productions and have issued notices of deposition. However, the parties believe that efforts should be directed at resolving the case before undertaking the additional expenses to complete discovery. Therefore, parties also propose to stay discovery until the completion of the settlement conference.

Wherefore, the parties hereby request that the Court enter an order authorizing Magistrate Judge Gilbert to conduct a settlement conference with the parties, at such time as he may determine, and staying discovery.

DATED: January 25, 2021                          Respectfully submitted,

Joshua Mellin

By:     /s/ Yanling Jiang
        One of his attorneys

Carol Fox & Associates, Inc.

By:     /s/ Brian Saucier
        One of its attorneys

Yanling Jiang (ARDC No. 6309336)
(yanling@jiangip.com)
Yi Bu (ARDC No. 6328713)
(ybu@jiangip.com)
Adam Grodman (ARDC No. 6335962)
(agrodman@jiangip.com)
JIANG IP LLC
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
(312) 675-6297
*Attorneys for Plaintiff*

Steven P. Mandell (ARDC No. 6183729)
(smandell@mandellmenkes.com)
Brian D. Saucier (ARDC No. 6226006)
(bsaucier@mandellmenkes.com)
MANDELL MENKES LLC
One North Franklin St.
Suite 3600
Chicago, IL 60606
(312) 251-1000
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on January 25, 2021, I electronically filed the foregoing JOINT MOTION FOR SETTLEMENT CONFERENCE with the Clerk of the Court using the CM/ECF system serving on all counsel of record who have consented to electronic service a true and correct copy of the foregoing.

                                           /s/ Yanling Jiang
                                           Yanling Jiang